Certificate Number: 05781-PAE-DE-031710949

Bankruptcy Case Number: 18-15906



05781-PAE-DE-031710949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 3, 2018, at 4:02 o'clock PM PDT, Deidre Mcallister completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 3, 2018               By:    /s/Allison M Geving

                                        Name:    Allison M Geving

                                        Title:    President