IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Deidre E. McAllister | : | |
| | : | No. 18-15906-jkf |
| Debtors | : | |

CERTIFICATE OF SERVICE

I, Erik B. Jensen, Esquire, Attorney for the above-named Debtor, hereby certifies that a true and correct copy of Debtor's First Amended Chapter 13 Plan has been served on the following via first class regular mail on November 2, 2018:

Internal Revenue Service
Attn: John Lindinger
PO Box 7346
Philadelphia, PA 19101

Fay Servicing, LLC
Attn: Kevin McDonald
3000 Kellway Dr. Suite 150
Carrollton, TX 75006

Philadelphia Gas Works
Attn: John J. Lepera
800 W Montgomery Avenue
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3F

Trumark Financial Credit Union
Attn: Bankruptcy
335 Commerce Dr
Fort Washington, PA 19034

LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC
Resurgent Capital Services
Attn: David Lamb
PO Box 10587
Greenville, SC 29603-0587

Navient Solutions, LLC. on behalf of
Educational Credit Management Corporation
Attn: Melissa K. Yateshin
PO BOX 16408
St. Paul, MN 55116-0408

Portfolio Recovery Associates, LLC
Attn: Carol E. Hardy
POB 41067
Norfolk VA 23541

Quantum3 Group LLC as agent for
GPCC I LLC
Attn: Taylor M. Tedder
PO Box 788
Kirkland, WA 98083-0788

Pennsylvania Department of Revenue
Attn: Cindy Cramer, Bankruptcy Division
P O Box 280946
Harrisburg PA 17128-0946

/s/ Erik B. Jensen
Erik B. Jensen, Esquire
*Attorney for Debtor*