United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15906-jkf
Deidre E. McAllister                                                  Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2            Date Rcvd: Oct 17, 2019
                              Form ID: pdf900         Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2019.
```
db             +Deidre E. McAllister,    1137 South 13th Street,     Philadelphia, PA 19147-4534
cr              Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr             +Wilmington Trust, National Association,    c/o Fay Servicing, LLC,    939 W. North Ave,
                 Suite 680,    Chicago, IL 60642-1231
14192886       +Fay Servicing,    PO  Box 619063,    Dallas, TX 75261-9063
14206763      #+Fay Servicing, LLC,    3000 Kellway Dr. Suite 150,    Carrollton, TX 75006-3357
14192887       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14214791        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14192892       +Phelan Hallinan,    1617 JFK Blvd,    Philadelphia, PA 19103-1821
14211098       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14192893       +Trumark Financial Credit Union,    Attn: Bankruptcy,    335 Commerce Dr,
                 Fort Washington, PA 19034-2712
14391564       +Wilmington Trust, National Association.,    c/o Michael J. Shavel, Esquire,    Hill Wallack LLP,
                 777 Township Line Road, Suite 250,    Yardley, PA 19067-5565
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 18 2019 03:42:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 18 2019 03:42:39     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14278281        E-mail/Text: megan.harper@phila.gov Oct 18 2019 03:42:44     City of Philadelphia,
                 Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14192885       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 18 2019 03:42:05     Comenity Bank/Lane Bryant,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14192888       +E-mail/Text: GenesisFS@ebn.phinsolutions.com Oct 18 2019 03:43:09     Genesis Bc/celtic Bank,
                 Attn: Bankruptcy,    268 South State Street Ste 300,    Salt Lake City, UT 84111-5314
14192889       +E-mail/Text: cio.bncmail@irs.gov Oct 18 2019 03:42:00     Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14213818        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 18 2019 03:47:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14192890       +E-mail/PDF: pa_dc_claims@navient.com Oct 18 2019 03:49:31     Navient,    Attn: Bankruptcy,
                 Po Box 9000,    Wiles-Barr, PA 18773-9000
14215328        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 18 2019 03:49:29
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14218706        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
14217199        E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2019 03:42:08
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14227537        E-mail/Text: bnc-quantum@quantum3group.com Oct 18 2019 03:42:08
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14192891*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Oct 17, 2019
                              Form ID: pdf900              Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Deidre E. McAllister akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its
               individual capacity, but solely as trustee for MFRA Trust 2014-1, by Fay Servicing, LLC, its
               servicing agent bkgroup@kmllawgroup.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association
               mshavel@hillwallack.com,   lharkins@hillwallack.com;jrydzewski@HillWallack.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com,
               ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| Deidre McAllister | : | |
| | : | No.   18-15906-jkf |
| | : | |
| | : | |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      **AND NOW,** upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Esquire, and after notice and hearing, it is hereby **ORDERED** that:

1. This Chapter 13 bankruptcy case is **DISMISSED.**

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. Promptly after the expiration of the time period set forth in P5 above, Counsel for the Debtor shall file either: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s) Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. 1326(a)(2).

**Date: October 17, 2019**

_____
Honorable Jean K. FitzSimon
U.S. Bankruptcy Judge