**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re: Deidre E. McAllister

13

Bky No. 18-15906-jkf

Debtor(s).

**ORDER**

**AND NOW,** this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $690.00 already paid with a remaining balance of $3,310.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: November 19, 2019**

CC:   Jensen Bagnato, P.C.
**ERIK B. JENSEN, ESQUIRE**
**1500 Walnut Street**
**Suite 1920**
**Philadelphia, PA   19102**

William C. Miller, Esquire
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
*******************************************