United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Deidre E. McAllister  
    Debtor

Case No. 18-15906-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 19, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.  
db          +Deidre E. McAllister,    1137 South 13th Street,    Philadelphia, PA 19147-4534

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2019 at the address(es) listed below:  
       ERIK B. JENSEN    on behalf of Debtor Deidre E. McAllister akeem@jensenbagnatolaw.com,  
        gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Trust, National Association, not in its  
        individual capacity, but solely as trustee for MFRA Trust 2014-1, by Fay Servicing, LLC, its  
        servicing agent bkgroup@kmllawgroup.com  
       MICHAEL J. SHAVEL    on behalf of Creditor    Wilmington Trust, National Association  
        mshavel@hillwallack.com,    jrydzewski@HillWallack.com;skenny@hillwallack.com  
       POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com  
       SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,  
        ECF_FRPA@Trustee13.com  
                                                                        TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re: Deidre E. McAllister

                                                           13

Bky No. 18-15906-jkf

Debtor(s).

**ORDER**

    **AND NOW,** this _____ day of _____, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C.**,** counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,000.00 less $690.00 already paid with a remaining balance of $3,310.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

**BY THE COURT:**

_____
Hon. Jean K. FitzSimon
**U.S. BANKRUPTCY JUDGE**

**Date: November 19, 2019**

CC:    **Jensen Bagnato, P.C.**
        **ERIK B. JENSEN, ESQUIRE**
        **1500 Walnut Street**
        **Suite 1920**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        2901 St. Lawrence Ave.
        Suite 100
        Reading, PA 19606
******************************************